IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00253-JO-1 |
|---|---|
| v. | |
| Joseph Lagalo | ORDER TO MODIFY CONDITIONS OF RELEASE |

**IT IS ORDERED THAT the conditions of release be modified as follows:**

**Ordering the REMOVAL of following the conditions:**

Starting July 27, 2020, defendant not to enter the city of Portland. Before that date, curfew of 8pm-6am applies.

Do not enter within a five-block radius of the U.S. Courthouse at 1000 SW 3rd Ave, Portland, OR 97204, unless on official court business.

**And REPLACE with the noted condition:**

The defendant shall not be present between 10 pm and 6 am within the five blocks surrounding the federal courthouse in Portland, Oregon, defined as SW Washington Street to the north, the Willamette River on the east, SW Market Street to the south and SW Park Avenue to the west.

IT IS SO ORDERED THIS 31 day of July, 2020.

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**