IN THE UNITED STATE DISTRICT OF COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      v.<br><br>JOSEPH LAGALO,<br><br>                        Defendant. | Case No. 3:20-cr-00253-JO<br><br>ORDER APPOINTING COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT,<br>18 U.S.C. § 3006A |

IT IS ORDERED that CJA Panel attorney Benjamin Kim is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving Assistant Federal Public Defender Francesca Freccero for Mr. Lagalo, effective July 31, 2020.

DATED this 6th day of August, 2020.

                                                        /s/ Robert E. Jones
                                                        Honorable Robert E. Jones
                                                        United States District Court Judge

Presented by:

Lisa C. Hay
Federal Public Defender