Benjamin Kim
OSB No. 06642
333 SW Taylor St. Ste 400.
Portland, OR 97204
 (503) 344-6251 *fax* (503) 344-6253

Attorney for Defendant JOSEPH LAGALO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOSEPH LAGALO,<br><br>       Defendant. | NO. 3:20-CR-00253-JO<br><br>DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL |

I Benjamin Kim, declare:

1) I am the attorney for defendant appointed pursuant to the Criminal Justice Act.

2) I was appointed on August 6, 2020

3) This matter is set for trial on September 22, 2020. This is the first trial setting.

1 – DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL

4) The parties have been actively discussing a pretrial resolution in this matter. The parties anticipate that defendant and the government will enter into a 90 day Deferred Prosecution Agreement. If the terms of the agreement are satisfied, the parties expect the government will move to dismiss this matter.

5) I have discussed with Mr. Lagalo the continuance and advised him of his right to a speedy trial, as defined by 18 USC § 3161 and the 6th Amendment to the U.S. Constitution, and he waives that right to the extent necessary to reschedule the trial in this matter to the next trial date.

6) I have conferred with the government and the assigned prosecutor and the government does not object to this continuance.

RESPECTFULLY SUBMITTED this 7h day of September 2020.

/s/ Benjamin Kim
Benjamin Kim, OSB 066426
Attorney for Defendant

2 – DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL