# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20- cr-00253-JO |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| JOSEPH LAGALO, | Rule 48(a) Fed. R. Crim. P. |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, Joseph Lagalo, in the above-captioned case be DISMISSED with prejudice.

Dated: December __7th__, 2020.

                                                /s/ Robert E. Jones
                                                HONORABLE ROBERT E. JONES
                                                United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

s/ *Pamela S. Paaso*
PAMELA PAASO
Assistant United States Attorney